JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JONATHAN CUEVAS, et al., <br> Plaintiffs, <br> v. <br> COUNTY OF LOS ANGELES, et al., <br> Defendants. | Case No. CV 11-8297 FMO (PJWx) <br><br> **JUDGMENT** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice, filed on September 25, 2013, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 26th day of September, 2013.

/s/
Fernando M. Olguin
United States District Judge